**Tracey JENKINS, Appellant,**

v.

**Margaret PETTIS, Defendant,**

**Division of Employment Security, Respondent.**

**No. WD 74787.**

Missouri Court of Appeals, Western District, Division One.

Sept. 11, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 25, 2012.

Application for Transfer Denied Jan. 29, 2013.

Tracey Jenkins, Appellant pro se, for appellant.

Ninion S. Riley, Jefferson City, MO, for respondent.

Before JAMES M. SMART, Jr., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Tracey Jenkins appeals the Labor and Industrial Relations Commission's order affirming the dismissal of her claim for unemployment benefits after she failed to participate in her telephone hearing before the Appeals Tribunal. We affirm. Rule 84.16(b).